JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorney for Defendant
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-02632-CRB<br><br>**STIPULATION REGARDING DEFENDANT META PLATFORM, INC.'S DEADLINE TO RESPOND TO COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE**<br><br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed: March 26, 2026 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Austin Beaulier ("Plaintiff") and Defendant Meta Platforms, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to enlarge the time for Defendant to respond to Plaintiffs' complaint as follows:

WHEREAS, on March 26, 2026, Plaintiff filed a Complaint (ECF No. 1) against Defendant ("the "Action");

WHEREAS, Plaintiff served a Summons on Defendant in the Action on April 1, 2026 (ECF No. 13);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's response to the Complaint in the Action is currently due on April 22, 2026;

WHEREAS, Civil Local Rule 6-1 permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the parties have agreed to an extension of the deadline for Defendant to move or otherwise respond to the Complaint, until May 22, 2026;

WHEREAS, the parties have conferred and currently anticipate that Defendant will file a motion to dismiss in response to the Complaint.  Accordingly, the parties have further agreed to an extended briefing schedule of the deadlines for Plaintiff to oppose and for Defendant to reply to that motion, until June 22, 2026 and July 13, 2026, respectively;

WHEREAS, the Commentary to Civil Local Rule 7-2 provides that "[f]or complex motions, parties are encouraged to stipulate to or seek a Court order establishing" extended briefing periods in excess of the minimum;

WHEREAS, an extension of the deadline to respond to the Complaint and the setting of a briefing schedule will not alter the date of any event or deadline already fixed by Court order, including the Case Management Conference submission currently due July 10, 2026 and the initial Case Management Conference set for July 17, 2026 (ECF No. 12); and

WHEREAS, Defendant does not waive, and expressly reserves, all available defenses.

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree that Defendant's deadline to respond to the Complaint is extended to May 22, 2026, Plaintiff's deadline to oppose a motion to dismiss is extended to June 22, 2026, and Defendant's deadline to reply is extended to July 13, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                    HON. CHARLES R. BREYER
                    UNITED STATES DISTRICT JUDGE

Dated:  April 21, 2026          MORRISON & FOERSTER LLP

                    By:   */s/ Joseph C. Gratz*
                            JOSEPH C. GRATZ

                    Attorney for Defendant
                    META PLATFORMS, INC.

Dated:  April 21, 2026          MILBERG, PLLC

                    By:   */s/ William J. Edelman*
                            WILLIAM J. EDELMAN

                    Attorney for Plaintiffs

## ECF ATTESTATION

I, Joseph C. Gratz, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that William J. Edelman has concurred in this filing.

Dated:  April 21, 2026                                    MORRISON & FOERSTER LLP


By:    /s/ Joseph C. Gratz
       JOSEPH C. GRATZ

       Attorneys for Defendant
       META PLATFORMS, INC.