IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN BEAULIER,<br><br>   Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 26-cv-02632-CRB<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Roblox Corporation seeks to relate the above-captioned case with Beaulier v. Roblox Corp., No. 3:26-cv-02642-JSC. Mot. (dkt. 17). Plaintiff opposes. Opp'n (dkt. 18). The Court determines that the two actions do not satisfy Civil Local Rule 3-12(a)'s requirements for relating cases. While the actions are brought by the same plaintiff and counsel and are generally similar, they involve specific conduct unique to each defendant. Compare Dkt. 1 with Dkt. 18-2. The cases are likely to deal with distinct factual questions, even if there are overlapping legal issues. As a result, the Court **DENIES** Roblox's motion.

  **IT IS SO ORDERED.**

  Dated: June 11, 2026

                 _____
                 CHARLES R. BREYER
                 United States District Judge

United States District Court
Northern District of California