William J. Edelman (SBN 285177)
MILBERG, PLLC
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Michael A. Acciavatti
(admitted *pro hac vice*)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
macciavatti@milberg.com

Counsel for Plaintiff
AUSTIN BEAULIER

Joseph C. Gratz (CA SBN 240676)
JGratz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Evan Gourvitz (*pro hac vice*)
Alexandra C. Hottenrott (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 336-5154
Telephone: (212) 336-4407
Email: egourvitz@mofo.com
Email: lhottenrott@mofo.com

Isabel Peraza (CA SBN 339143)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1597
Email: iperaza@mofo.com

Counsel for Defendant
META PLATFORMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AUSTIN BEAULIER, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-02632-CRB

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANT META PLATFORMS, INC.'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE**

Judge: Hon. Charles R. Breyer

Complaint Filed: March 26, 2026

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Austin Beaulier ("Plaintiff") and Defendant Meta Platforms, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to enlarge the time for Defendant to respond to Plaintiff's First Amended Complaint and to set a briefing schedule as follows:

WHEREAS, on March 26, 2026, Plaintiff filed a Complaint (ECF No. 1) against Defendant (the "Action");

WHEREAS, Defendant filed a Motion to Dismiss the Complaint (ECF No. 21) on May 22, 2026;

WHEREAS, Plaintiff filed the First Amended Complaint (ECF No. 33) on September 16, 2026;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the First Amended Complaint otherwise would be due on September 30, 2026;

WHEREAS, the parties have agreed to an extension of the deadline for Defendant to move or otherwise respond to the First Amended Complaint, until October 21, 2026;

WHEREAS, the Parties have conferred and agree that a briefing schedule for Defendant's anticipated motion to dismiss the First Amended Complaint will promote the orderly and efficient resolution of this matter;

WHEREAS, there have been no previous time modifications in this case, other than with respect to the resolution of the prior Motion to Dismiss in this action;

WHEREAS, the requested time modification would not affect any other presently-scheduled deadlines in this case; and

WHEREAS, Defendant does not waive, and expressly reserves, all available defenses.

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree that Defendant's deadline to respond to the First Amended Complaint is extended to October 21, 2026, Plaintiff's deadline to oppose a motion to dismiss is extended to November 25, 2026, and Defendant's deadline to reply is extended to December 16, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 30, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2026

Respectfully Submitted,

By: */s/ Joseph Gratz*

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Email: jgratz@mofo.com

Evan Gourvitz (*pro hac vice*)
Alexandra C. Hottenrott (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 336-5154
Telephone: (212) 336-4407
Email: egourvitz@mofo.com
Email: lhottenrott@mofo.com

Isabel Peraza (CA SBN 339143)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1597
Email: iperaza@mofo.com

Counsel for Defendant
META PLATFORMS, INC.

Dated: September 28, 2026

Respectfully Submitted,

By: */s/ William Edelman*

William J. Edelman (SBN 285177)
MILBERG, PLLC
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Michael A. Acciavatti
(admitted *pro hac vice*)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
macciavatti@milberg.com

Counsel for Plaintiff
AUSTIN BEAULIER