**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AUSTIN BEAULIER, et al.,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | CASE NO. 3:26-cv-02632-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: January 8, 2027<br>Time: 10:00 a.m.<br>Courtroom: 6<br>Judge: Hon. Charles R. Breyer |

Defendant Meta Platform, Inc.'s ("Meta") Motion to Dismiss Plaintiff's First Amended Complaint came for hearing on January 8, 2027 at 10:00 a.m., before this Court.

The Court, having considered Defendant's moving papers submitted in support of the Motion, the opposition, the reply, argument presented at the hearing on the matter, and good cause therefore orders as follows:

Defendant's Motion is **GRANTED**. Plaintiff's First Amended Complaint is dismissed without leave to amend.

**IT IS SO ORDERED**

Dated: ___________________________

___________________________________
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case

/s/ *Joseph C. Gratz*

Joseph C. Gratz (CA SBN 240676)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Email: jgratz@mofo.com